IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:10CR3103 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER RESTRICTING ACCESS TO THE INDEX |
| ERICA GARCIA, | ) | |
| Defendant. | ) | |

Erica Garcia has moved this Court for an order restricting access to her index, filing #57, for the reason that it contains information which is of a sensitive nature and which, while being available to the Court and to the parties to this case, should not be generally available. Ms. Garcia alleges that Counsel has spoken with Jan Lipovsky, the assigned AUSA, who does not oppose this motion.

Accordingly and for good cause shown, this Court orders the index to be subject to restricted access to the Court and to the parties to this prosecution.

SO ORDERED THIS 19th day of September, 2011.

BY THE COURT

s/ Richard G. Kopf
United States District Judge